THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* EDWARD J. O'CONNOR, Appellant.

Argued October 6, 1937; decided October 22, 1937.

628

*Daniel F. Nugent* for appellant.

*Charles P. Sullivan, District Attorney* (*John H. W. Krogmann* of counsel), for respondent.

Judgments reversed and indictment dismissed on the ground there is no evidence of intent to commit a crime. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.